Craig T. Kimmel (*pro hac vice*)
Jacob U. Ginsburg (*pro hac vice*)
30 E. Butler Ave.
Ambler, PA 19002
215-540-8888 x 104
kimmel@creditlaw.com
jginsburg@creditlaw.com
teamkimmel@creditlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS IHRKE, *on behalf of himself and all others similarly situated* | ) ) ) Case No.: 3:22-cv-05262 ) ) **NOTICE OF VOLUNATRY DISMISSAL** ) ) District Judge Trina L. Thompson ) ) Jury Trial Demanded ) ) Action Filed: September 15, 2022 |
| *Plaintiff,* | |
| v. | |
| PRESIDIO INTERACTIVE CORPORATION, | |
| *Defendant.* | |

TO THE CLERK OF COURT AND THE HONORABLE JUDGE THOMPSON:

Plaintiff, NICHOLAS IHRKE hereby dismisses his claims against Defendant PRESIDIO INTERACTIVE CORPORATION d/b/a HealthMatchUp with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

|   |   |
|---|---|
|   | Repsectfully submitted, |
| Dated: January 2, 2023 | By: */s/ Jacob U. Ginsburg*<br>Jacob U. Ginsburg<br>Kimmel & Silverman, P.C.<br>30 E. Butler Ave.<br>Ambler, PA 19002<br>(215) 540-8888 ext. 104<br>Facsimile: 215-540-8817<br>jginsburg@creditlaw.com<br>teamkimmel@creditlaw.com<br>*Attorneys for Plaintiff, Nicholas Ihrke* |

### CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esq., hereby certify the foregoing was served on the below via ECF on January 2, 2023.

> Paul A. Rosenthal (CA Bar No. 338994)
> FOX ROTHSCHILD LLP
> 49 Market Street
> Morristown, NJ 07960
> Telephone: (973) 548-3388
> Facsimile: (973) 992-9125
> prosenthal@foxrothschild.com

*/s/ Jacob U. Ginsburg*